IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA MARIE HORTON )<br> )<br>    Plaintiff, )<br>  v. )<br> )<br>TRANS UNION, LLC, ET AL. )<br> )<br>    Defendants. )<br>_____) | Civil Action No. 12-2072 |

## STIPULATION

AND NOW, on this 15th day of April 2014, it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff Sheila Marie Horton and Defendant CreditOne, L.L.C., that the deadline for Plaintiff's time to respond to Defendant's Motion for Summary Judgment is hereby extended from Wednesday, April 16, 2014 until Friday, April 18, 2014.

Respectfully Submitted,

/s/ Gregory Gorski
GREGORY GORSKI
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

Attorneys for Plaintiff

/s/ Michelle W. Scelson
W. Raley Alford, III, La. Bar Roll No. 27354
Michelle W. Scelson, La. Bar Roll No. 33428
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone: (504) 523-1580

- and -

Ron Z. Opher, P.A., Bar Roll No. 57507
Law Offices of Ron Z. Opher
P.O. Box 2245
Southeastern, PA 19399
Telephone: (610) 902-0530

Attorneys for Defendant CreditOne, L.L.C.

Approved:

_____
April 16, 2014       J.