IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEILA MARIE HORTON<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 12-2072 |
| TRANS UNION, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; and CREDIT ONE, LLC<br>    Defendants. | :<br><br><br>: | |

**ORDER**

AND NOW, this 9th day of March, 2015, upon consideration of Defendant CreditOne LLC's Motion for Summary Judgment (Doc. No. 81), Motion to Strike (Doc. No. 87) and all Responses, Replies and Supplements thereto (Doc. Nos. 86, 89, 91, 93, 96 & 99), it is hereby ORDERED as follows:

(1) Defendant CreditOne's Motion for Summary Judgment is GRANTED as to Plaintiff's FDCPA claim and DENIED as to her FCRA claim;

(2) Defendant CreditOne's Motion for Attorney's Fees and Costs as contained within its Motion for Summary Judgment (Doc. No. 81) is DENIED;

(3) Defendant CreditOne's Motion to Strike is GRANTED;

(4) The parties shall contact Magistrate Judge Lynne A. Sitarski to schedule a settlement conference to be held no later than April 30, 2015; and

(5) In the event this matter does not settle by April 30, 2015, the parties shall provide this Court with a written joint status report on or before May 15, 2015.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II    J.